1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Rojas-Velazquez
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )   Case No. 08mj2088
                                     )
12          Plaintiff,                )
                                     )
13 v.                                )
                                     )   **NOTICE OF APPEARANCE**
14 JUAN JOSE ROJAS-VELAZQUEZ,        )
                                     )
15          Defendant.                )
                                     )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                         Respectfully submitted,
21 Dated: July 15, 2008                    *s/ James M. Chavez*
                                            Federal Defenders of San Diego, Inc.
22                                          *james_chavez@fd.org*
23
24
25
26
27
28

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Rojas-Velazquez

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   Case No. 08mj2088
                                        )
12 |         Plaintiff,                 )
                                        )
13 | v.                                 )   **PROOF OF SERVICE**
                                        )
14 | **JUAN JOSE ROJAS-VELAZQUEZ**,     )
                                        )
15 |         Defendant.                 )
                                        )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         **ASSISTANT UNITED STATES ATTORNEY**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: July 15, 2008                        _s/ James M. Chavez_
                                               JAMES M. CHAVEZ
23                                             Federal Defenders of San Diego, Inc.,
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
25                                             (619) 687-2666  (fax)
                                               e-mail: james_chavez@fd.org
26

27

28